# PaytonDann
## ATTORNEYS

Rusty A. Payton
Marc E. Dann

115 South LaSalle Street, #2600
Chicago, IL 60603
312-702-1000/Telephone & Fax

March 21, 2017

BSI Financial Services
Attn: Qualified Written Requests
1425 Greenway Drive, Suite 400
Irving, TX 75038

*Sent via Certified Mail return receipt requested [7014 2120 0003 0665 6689]*

**In the Matter of:**

| | |
|---|---|
| Borrower's Name: | Leonard Williams |
| Property Address: | 15526 Drexel Avenue |
| | Dolton, IL 60419 |
| Mortgage Account No.: | 1406542723 |

**\*\*If responding to this correspondence by e-mail, please send to <u>notices@dannlaw.com</u>**

**Re: Request for Information Pursuant to 12 C.F.R. § 1024.36**

Dear Sir or Madam:

This is a Request for Information related to your servicing of the above-referenced mortgage loan. All references herein are to Regulation X of the Mortgage Servicing Act as amended by the Consumer Financial Protection Bureau pursuant to the Dodd Frank Act.

The written authority of the above-referenced borrower for this request to our law firm is enclosed herewith and incorporated herein by this reference.

Pursuant to 12 C.F.R. § 1024.36(c), you must provide our office with a written response acknowledging receipt of this notice ***within five (5) days*** of such, excluding legal public holidays, Saturdays, and Sundays.

Moreover, pursuant to 12 C.F.R. § 1024.36(d)(ii)(2)(B), you must provide the information requested, *infra*, ***within thirty (30) days*** after your receipt of this request, excluding legal public holidays, Saturdays, and Sundays.

Please provide the following information within the time periods noted herein:

1. An exact reproduction of the life of loan mortgage transactional history for this loan from the contract system of record from your electronic software program for this loan.

*March 21, 2017*
*Page 2: Request for Information (RESPA) for Leonard Williams*

For purposes of identification, the life of loan transactional history means any software program or system by which the servicer records the current mortgage balance, the receipt of all payments, the assessment of any late fees or charges, and the recording of any corporate advances for any fees or charges including but not limited to property inspection fees, broker price opinion fees, legal fees, escrow fees, processing fees, technology fees, or any other collateral charge. Also, to the extent this life of loan transactional history includes in numeric or alpha-numeric codes, please attach a complete list of all such codes and state in plain English a short description for each such code.

2. Copies of any and all servicing notes related to your servicing of the above-referenced mortgage loan for the past two (2) calendar years.

3. Copies of any and all broker's price opinions you performed or otherwise obtained for the above-referenced property in relation to the above-referenced mortgage loan.

4. The physical location of the original note related to the above-referenced mortgage loan.

5. A true and accurate copy of the original note related to the above-referenced mortgage loan.

6. The identity, address, and other relevant contact information for the custodian of the collateral file containing the original collateral documents for the above-referenced mortgage loan, including, but not limited to the original note.

7. A detailed copy of your last two (2) analyses of the escrow account of the mortgage.

8. Please state each and every date during the time period from January 10, 2014, to the present on which you received a complete loss mitigation application from the above-referenced borrowers.

Please note that, pursuant to 12 C.F.R. § 1024.41(b)(1), a "complete loss mitigation application" is defined as "an application in connection with which a servicer has received all the information that the servicer requires from a borrower in evaluating applications for the loss mitigation options available to the borrower."

Best Regards,

Paul B. Bellamy

Enclosure

# PaytonDann
## ATTORNEYS

Rusty A. Payton
Marc E. Dann

115 S. LaSalle St., Ste. 2600
Chicago, IL 60603
312-702-1000/Telephone & Fax

In the Matter of:

Borrower(s): __Leonard Williams__

Property Address: __15526 Drexel Ave., Dolton, IL 60419__

Mortgage Loan No.: __1406542723__

Re: **Written Consent/Authorization for Requests for Information & Notices of Error**

To Whom It May Concern:

I/We, the borrower(s), do hereby authorize and provide our written consent and authorization for __BSI Financial Services__, the Servicer of the above-referenced loan, to fully cooperate with, comply with, and provide any and all information requested or demanded by and through any and all Requests for Information and/or Notices of Error pertaining to our loan, pursuant to the Real Estate Settlement and Procedures Act (Regulation X) and/or the Truth in Lending Act (Regulation Z) which may be sent by Attorneys Marc Dann, Daniel Solar, Paul Bellamy, William Behrens, Rusty A. Payton, Jeffrey Long, Javier Merino, Latrice Latin, Emily White, Whitney Kaster or Brian Flick on our behalf. Said counsel represents us in any and all pending or contemplated legal matters concerning the above-referenced loan. Please respond to any and all such Requests and Notices at the following address:
The Dann Law Firm Co., LPA
P.O. Box 6031040, Cleveland, OH 44103

Signed: _[signature]_ Date: 1/31/2017

Print Name: __Leonard R Williams__

Signed: _[signature]_ Date: 1/31/2017

Print Name: __Dequita Brown-Williams__