# Payton Dann
## ATTORNEYS

**Rusty A. Payton**
**Marc E. Dann**

115 South LaSalle Street, #2600
Chicago, IL 60603
312-702 1000/Telephone & Fax

---

June 23, 2017

BSI Financial Services
Attn: Qualified Written Requests
P.O. Box 517
314 S. Franklin Street
Titusville, PA 16354

*Sent via Certified Mail return receipt requested [7014 2120 0003 0666 1683]*

**In the Matter of:**

| | |
|---|---|
| Borrower's Name: | Leonard Williams |
| Property Address: | 15526 Drexel Avenue |
| | Dolton, IL 60419 |
| Mortgage Account No.: | 1406542723 |

**\*\*If responding to this correspondence by e-mail, please send to *notices@dannlaw.com***

**Re: Notice of Error pursuant to 12 C.F.R. §1024.35(b)(11) for failure to properly respond to a Request for Information in compliance with 12 C.F.R. §1024.36**

Dear Sir or Madam:

Please consider this letter to constitute a Notice of Error under 12 C.F.R. § 1024.35 of Regulation X of the Mortgage Servicing Act under the Real Estate Settlement Procedures Act (RESPA), which became effective on January 10, 2014. These amendments implemented the Dodd-Frank Wall Street Reform and Consumer Protection Act provisions regarding mortgage loan servicing.

You must acknowledge receipt of this Notice *within five (5) days* thereof, excluding legal public holidays, Saturdays and Sundays.

You must advise us of your responses to this notice *within thirty (30) days* of receipt thereof, excluding legal public holidays, Saturdays and Sundays.

The written authority of the above-referenced borrower (the "Borrower") for this notice to our law firm is enclosed and incorporated herein by this reference.

On or about March 21, 2017, the Borrower sent a letter captioned "Request for Information Pursuant to 12 C.F.R. § 1024.36" (the "RFI") to BSI Financial Services ("BSI") via Certified U.S. Mail [Receipt No.: 7014 2120 0003 0665 6689]. A copy of the RFI is enclosed for your reference and review.

The RFI requested the following information and/or documents:

1. An exact reproduction of the life of loan mortgage transactional history for this loan from the contract system of record from your electronic software program for this loan.

    For purposes of identification, the life of loan transactional history means any software program or system by which the servicer records the current mortgage balance, the receipt of all payments, the assessment of any late fees or charges, and the recording of any corporate advances for any fees or charges including but not limited to property inspection fees, broker price opinion fees, legal fees, escrow fees, processing fees, technology fees, or any other collateral charge. Also, to the extent this life of loan transactional history includes in numeric or alpha-numeric codes, please attach a complete list of all such codes and state in plain English a short description for each such code.

2. Copies of any and all servicing notes related to your servicing of the above-referenced mortgage loan for the past two (2) calendar years.

3. Copies of any and all broker's price opinions you performed or otherwise obtained for the above-referenced property in relation to the above-referenced mortgage loan.

4. The physical location of the original note related to the above-referenced mortgage loan.

5. A true and accurate copy of the original note related to the above-referenced mortgage loan.

6. The identity, address, and other relevant contact information for the custodian of the collateral file containing the original collateral documents for the above-referenced mortgage loan, including, but not limited to the original note.

7. A detailed copy of your last two (2) analyses of the escrow account of the mortgage.

8. Please state each and every date during the time period from January 10, 2014, to the present on which you received a complete loss mitigation application from the above-referenced borrowers.

    Please note that, pursuant to 12 C.F.R. § 1024.41(b)(1), a "complete loss mitigation application" is defined as "an application in connection with which a servicer has received all the information that the servicer requires from a borrower in evaluating applications for the loss mitigation options available to the borrower."

*June 23, 2017*
*Page 3: Notice of Error for Insufficient Response to Request for Information (Leonard Williams)*

BSI received the RFI on March 27, 2017. A copy of the Tracking Information for the RFI, obtained from the United States Postal Service's website (www.usps.com), is enclosed for your reference and review.

Pursuant to 12 C.F.R. § 1024.36(d)(2)(i)(B), BSI was to provide the information requested by the RFI within thirty (30) days (excluding legal public holidays, Saturdays and Sundays) after receipt of the RFI.

As such, pursuant to 12 C.F.R. § 1024.36(d)(2)(i)(B), BSI was to provide our office with the information requested by the RFI on or before May 8, 2017.

On or about May 8, 2017, BSI sent correspondence to the Borrower, by and through our office, purportedly in response to the RFI (the "Response"). The Response, however, is deficient as it fails to provide information and/or documentation consisting of or otherwise related to:

> 2. Copies of any and all servicing notes related to your servicing of the above-referenced mortgage loan for the past two (2) calendar years.

In regards to such unfulfilled request, BSI stated: "With regard to servicing notes related to our servicing of your clients' account is considered [sic] proprietary, confidential or privilege [sic] information of BSI and will not be provided."

Comment 1 to 12 C.F.R. § 1024.36(f)(1)(ii) provides illustrative examples as to what constitutes confidential, proprietary, or privileged information for the purposes of requests for information pursuant to 12 C.F.R. § 1024.36:

> Confidential, proprietary or privileged information may include information requests relating to, for example:
> i. Information regarding management or profitability of a servicer, including information provided to investors in the servicer.
> ii. Compensation, bonuses, or personnel actions relating to servicer personnel, including personnel responsible for servicing a borrower's mortgage loan account;
> iii. Records of examination reports, compliance audits, borrower complaints, and internal investigations or external investigations; or
> iv. Information protected by the attorney-client privilege

The request for servicing notes as contained in the RFI does not bear any resemblance to the types of requests for which the Consumer Financial Protection Bureau provides guidance as to what constitutes a request that seeks proprietary and confidential information. To the extent that proprietary and confidential may be included within some of the information and/or documents requested by and through the RFI, such information and/or documentation can be withheld and/or redacted. The fact that some such information may be contained within such documents does not wholly absolve BSI of their obligation to produce information contained within such documents that is not proprietary and confidential. Specifically as to request for servicing notes, to the extent that such servicing notes may contain proprietary and confidential information, such information may be redacted, but the fact that *some* information in the servicing notes may be proprietary and confidential does not allow for BSI to refuse to provide *any* of the servicing notes for the loan as requested.

*June 23, 2017*
*Page 4: Notice of Error for Insufficient Response to Request for Information (Leonard Williams)*

Wherefore, the Borrower hereby alleges that BSI's actions, in failing to provide all of the information requested by and through the RFI, constitute a willful violation of 12 C.F.R. § 1024.36. **The Borrower further asserts that BSI's actions, as such, constitute an error in the servicing of the Borrower's mortgage loan account pursuant to 12 C.F.R. § 1024.35(b)(11).**

As such, the Borrower hereby demands that BSI provide all of the information and/or documentation requested by and through the RFI, or, in the alternative, provide specific, valid justifications as to why BSI will not supply the information requested by and through each of the requests in the RFI.

Please correct this error as described herein and provide us with notification of the correction, the date of the correction, and contact information for further assistance; or after conducting a reasonable investigation, provide the Borrower, *through our firm*, with a notification that includes a statement that the servicer has determined that no error occurred, a statement of the reason(s) forming the basis for such determination, a statement of the Borrower's right to request documents relied upon by the servicer in reaching such determination, information regarding how the Borrower can request such documents, and contact information for further assistance.

Best Regards,

*[signature]*
Whitney E. Kaster

Enclosure

# DANN LAW FIRM CO., LPA

In the Matter of:

Borrower(s): Leonard Williams

Property Address: 15526 Drexel Ave., Dolton, IL 60419

Mortgage Loan No.: 1406542723

Re: **Written Consent/Authorization for Requests for Information & Notices of Error**

To Whom It May Concern:

I/We, the borrower(s), do hereby authorize and provide our written consent and authorization for BSI Financial Services, the Servicer of the above-referenced loan, to fully cooperate with, comply with, and provide any and all information requested or demanded by and through any and all Requests for Information and/or Notices of Error pertaining to our loan, pursuant to the Real Estate Settlement and Procedures Act (Regulation X) and/or the Truth in Lending Act (Regulation Z) which may be sent by Attorneys Marc Dann, Daniel Solar, William Behrens, Rusty A. Payton, Jeffrey Long, Javier Merino, Donna Kolis, Emily White, Whitney Kaster or Brian Flick on our behalf. Said counsel represents us in any and all pending or contemplated legal matters concerning the above-referenced loan. Please respond to any and all such Requests and Notices at the following address:

The Dann Law Firm Co., LPA
P.O. Box 6031040, Cleveland, OH 44103

Signed: _Leonard Williams_ Date: 6/22/2017
Print Name: Leonard R. Williams

Signed: _Loquita Williams_ Date: 6/22/2017
Print Name: Loquita Williams

R20170420mhs

# PaytonDann
## ATTORNEYS

Rusty A. Payton
Marc E. Dann

115 South LaSalle Street, #2600
Chicago, IL 60603
312-702-1000/Telephone & Fax

March 21, 2017

BSI Financial Services
Attn: Qualified Written Requests
1425 Greenway Drive, Suite 400
Irving, TX 75038

*Sent via Certified Mail return receipt requested [7014 2120 0003 0665 6689]*

**In the Matter of:**

| | |
|---|---|
| Borrower's Name: | Leonard Williams |
| Property Address: | 15526 Drexel Avenue |
| | Dolton, IL 60419 |
| Mortgage Account No.: | 1406542723 |

**\*\*If responding to this correspondence by e-mail, please send to _notices@dannlaw.com_**

**Re: Request for Information Pursuant to 12 C.F.R. § 1024.36**

Dear Sir or Madam:

This is a Request for Information related to your servicing of the above-referenced mortgage loan. All references herein are to Regulation X of the Mortgage Servicing Act as amended by the Consumer Financial Protection Bureau pursuant to the Dodd Frank Act.

The written authority of the above-referenced borrower for this request to our law firm is enclosed herewith and incorporated herein by this reference.

Pursuant to 12 C.F.R. § 1024.36(c), you must provide our office with a written response acknowledging receipt of this notice _**within five (5) days**_ of such, excluding legal public holidays, Saturdays, and Sundays.

Moreover, pursuant to 12 C.F.R. § 1024.36(d)(ii)(2)(B), you must provide the information requested, *infra*, _**within thirty (30) days**_ after your receipt of this request, excluding legal public holidays, Saturdays, and Sundays.

Please provide the following information within the time periods noted herein:

1. An exact reproduction of the life of loan mortgage transactional history for this loan from the contract system of record from your electronic software program for this loan.

*March 21, 2017*
*Page 2: Request for Information (RESPA) for Leonard Williams*

For purposes of identification, the life of loan transactional history means any software program or system by which the servicer records the current mortgage balance, the receipt of all payments, the assessment of any late fees or charges, and the recording of any corporate advances for any fees or charges including but not limited to property inspection fees, broker price opinion fees, legal fees, escrow fees, processing fees, technology fees, or any other collateral charge. Also, to the extent this life of loan transactional history includes in numeric or alpha-numeric codes, please attach a complete list of all such codes and state in plain English a short description for each such code.

2. Copies of any and all servicing notes related to your servicing of the above-referenced mortgage loan for the past two (2) calendar years.

3. Copies of any and all broker's price opinions you performed or otherwise obtained for the above-referenced property in relation to the above-referenced mortgage loan.

4. The physical location of the original note related to the above-referenced mortgage loan.

5. A true and accurate copy of the original note related to the above-referenced mortgage loan.

6. The identity, address, and other relevant contact information for the custodian of the collateral file containing the original collateral documents for the above-referenced mortgage loan, including, but not limited to the original note.

7. A detailed copy of your last two (2) analyses of the escrow account of the mortgage.

8. Please state each and every date during the time period from January 10, 2014, to the present on which you received a complete loss mitigation application from the above-referenced borrowers.

Please note that, pursuant to 12 C.F.R. § 1024.41(b)(1), a "complete loss mitigation application" is defined as "an application in connection with which a servicer has received all the information that the servicer requires from a borrower in evaluating applications for the loss mitigation options available to the borrower."

Best Regards,

Paul B. Bellamy

Enclosure

# PaytonDann
## ATTORNEYS

Rusty A. Payton
Marc E. Dann

115 S. LaSalle St., Ste. 2600
Chicago, IL 60603
312-702-1000/Telephone & Fax

In the Matter of:

Borrower(s): Leonard Williams

Property Address: 15526 Drexel Ave., Dolton, IL 60419

Mortgage Loan No.: 1406542723

Re: Written Consent/Authorization for Requests for Information & Notices of Error

To Whom It May Concern:

I/We, the borrower(s), do hereby authorize and provide our written consent and authorization for BSI Financial Services, the Servicer of the above-referenced loan, to fully cooperate with, comply with, and provide any and all information requested or demanded by and through any and all Requests for Information and/or Notices of Error pertaining to our loan, pursuant to the Real Estate Settlement and Procedures Act (Regulation X) and/or the Truth in Lending Act (Regulation Z) which may be sent by Attorneys Marc Dann, Daniel Solar, Paul Bellamy, William Behrens, Rusty A. Payton, Jeffrey Long, Javier Merino, Latrice Latin, Emily White, Whitney Kaster or Brian Flick on our behalf. Said counsel represents us in any and all pending or contemplated legal matters concerning the above-referenced loan. Please respond to any and all such Requests and Notices at the following address:

The Dann Law Firm Co., LPA
P.O. Box 6031040, Cleveland, OH 44103

Signed: _____ Date: 1/31/2017
Print Name: LEONARD R. WILLIAMS

Signed: _____ Date: 1/31/2017
Print Name: Dequita Brown-Williams

# USPS Tracking® Results

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 701421200003066556689

**Delivered**

**Updated Delivery Day:** Monday, March 27, 2017 ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **March 27, 2017, 3:50 pm** | **Delivered, Front Desk/Reception** | **IRVING, TX 75038** |

Your item was delivered to the front desk or reception area at 3:50 pm on March 27, 2017 in IRVING, TX 75038.

| | | |
|---|---|---|
| March 27, 2017, 7:23 am | Out for Delivery | IRVING, TX 75038 |
| March 27, 2017, 7:13 am | Sorting Complete | IRVING, TX 75038 |
| March 27, 2017, 6:32 am | Arrived at Unit | IRVING, TX 75038 |

See More ⌄

## Available Actions

**Text Updates** ⌄

**Email Updates** ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

FAQs (http://faq.usps.com/?articleId=220900)